# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| MARGUERITTE ELIZABETH TIMMS, | ) | CASE NO. 3:18-1495-SAL |
| | ) | |
| Plaintiff, | ) | JUDGE SHERRI A. LYDON |
| | ) | |
| vs. | ) | **DEFENDANT USAA FEDERAL** |
| | ) | **SAVINGS BANK'S NOTICE OF** |
| USAA FEDERAL SAVINGS BANK, | ) | **SUPPLEMENTAL AUTHORITY** |
| | ) | |
| Defendant. | ) | |

Defendant USAA Federal Savings Bank ("USAA FSB") submits this Notice of Supplemental Authority, to supplement the following section of its Reply to Plaintiff's Response to Motion for Summary Judgment (Dkt. 39).

- Reply, Section III(A), pp. 10-12: *Glasser v. Hilton Grand Vacations Co., LLC*, __ F.3d ___, No. 18-14499, 2020 WL 415811, at *2 (11th Cir. Jan. 27, 2020) (rejecting *Marks* and holding that an ATDS must be capable of generating random or sequential telephone numbers for dialing to be regulated by the TCPA).

A copy of the decision is attached as "**Exhibit A**."

February 4, 2020

Respectfully Submitted,

*s/ James M. Dedman, IV*
JAMES M. DEDMAN, IV (S.C. Federal No. 9939)
**GALLIVAN, WHITE & BOYD, P.A.**
6805 Morrison Boulevard
Suite 200
Charlotte, NC 28211
Telephone: 704.227.1944
Facsimile: 704.362.4850
jdedman@gwblawfirm.com

*Attorneys for Defendant USAA Federal Savings Bank*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically via the Court's electronic docketing system on February 4, 2020. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ James M. Dedman, IV*
One of Defendant's attorneys
